

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00312-CV

## IN RE ROBERT WALTER BONNER

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

Relator, Robert Walter Bonner, filed a petition for writ of mandamus in the above cause on August 28, 2012.   In this filing, relator seeks to compel respondent, the Honorable Judge William Bosworth of the 413th Judicial District Court in Johnson County, Texas, to exercise jurisdiction over property that was allegedly seized pursuant to search warrants executed in June 2007.

The Court, having examined and fully considered relator's petition for writ of mandamus, is of the opinion that relator has not established his entitlement to

mandamus relief; accordingly, relator's petition should be denied.[1]   Given this

disposition, all other pending motions in this matter are dismissed as moot.


                                        AL SCOGGINS
                                        Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed August 30, 2012
[OT06]

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but it is not required to do so.").